JOSEPH M. W. KITCHEN, complainant,

*v.*

JOHN O. H. PITNEY et al., defendants.

[Decided February 1st, 1923.]

On appeal of Harry Longworth Morris et al.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *94 N. J. Eq. 485.*

*Mr. Sackett M. Dickinson,* for the complainant.

*Messrs. Howe & Davis, Messrs. Pitney, Hadin & Skinner, Messrs. Lum, Tamblyn & Colyer* and *Messrs. McCarter & English,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—14.

*For reversal*—None.